No. 89–7582.   LEPISCOPO v. HOPWOOD ET AL.   Sup. Ct. N. M. Certiorari denied.

No. 89–7583.   JONES v. MEYERS, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 89–7584.   COOK v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 89–7586.   BALLARD v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 89–7587.   GREATHOUSE v. MARSHALL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 89–7591.   PINA v. MASSACHUSETTS.   Sup. Jud. Ct. Mass. Certiorari denied.

No. 89–7592.   TOWNSEND v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 89–7593.   HARMON v. BARTON, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–7595.   GOMEZ v. UNITED STATES; and
No. 89–7602.   MARTINEZ v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–7598.   JACKSON v. DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir.   Certiorari denied.

No. 89–7599.   HARRISON v. STALLINGS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 89–7603.   LEPPALUOTO ET UX. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 89–7604.   MANUEL S. P. v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–7607.   WALKER v. PEOPLE EXPRESS AIRLINES, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.